[No. 2214.  Decided June 19, 1896.]

GEO. B. STONE, *Respondent*, v. GEO. M. SORELLE *et al.*, *Defendants*, BELLE SORELLE, *Appellant.*

Appeal from Superior Court, Whatcom County.— Hon. JOHN R. WINN, Judge.  Affirmed.

*Nicholson & Hurlbut*, for appellant.

*Jere Neterer*, for respondent.

*Per Curiam.*—Every material question presented by this record was presented in the case of *Oregon Mortgage Co. v. Hersner, ante,* p. 515 and in the opinion filed therein May 20th, decided adversely to the contention of the appellant in the case at bar, and upon the authority of that case the judgment herein is in all things affirmed.